**People of the State of Illinois, Plaintiff-Appellee, v. Stephen Steele, Defendant-Appellant.**

**Gen. No. 51,021.** ▮

First District, Third Division.

February 16, 1967.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Frederick F. Cohn and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane, Morton E. Friedman and James B. Zagel, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE SCHWARTZ. **Not to be published in full.**